IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM NO. 09-00113** |
| v. | : | **FILE UNDER SEAL** |
| **STEPHEN LEE** | : | |

### PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW the undersigned Assistant United States Attorney, who respectfully petitions this Honorable Court for the issuance of a Writ of Habeas Corpus [X] *Ad Prosequendum*[ ] *Ad Testificandum*, as an exigency exists necessitating Detainee's presence for proceedings in the Southern District of Alabama.

Full Name of Detainee: **STEPHEN LEE**
Presently Detained at/Custodian: **CONECUH COUNTY JAIL, EVERGREEN, ALABAMA**

[X] Detainee charged in this District, with **[21 U.S.C. § 841(a)(1)**, by: **Indictment**; or
[ ] Detainee is a witness not otherwise available by ordinary process.
[X] Detainee will be retained in federal custody from initial appearance through final disposition of federal charges, and then will be returned to the custody of the detaining facility to resume the sentence currently being served; or
[ ] Detainee will return to the custody of detaining facility upon termination of proceedings.

Detainee's initial appearance in this District is scheduled for: **[July 22, 2009 at 2:00 p.m.]**.

s/ _____
Assistant United States Attorney
Southern District of Alabama

### WRIT OF HABEAS CORPUS

The above Petition is **GRANTED**. The above-named custodian of the detaining facility and the United States Marshal for this District are **ORDERED** to produce Detainee in this District, as petitioned above, and to return Detainee to said custodian upon the conclusion of said proceedings.

Date: _____                               _____
                                               United States Magistrate Judge